

**Notice of Service of Process**

MWM / ALL
Transmittal Number: 19029641
Date Processed: 11/29/2018

| | |
|---|---|
| **Primary Contact:** | Christine DiDomizio<br>Jaguar Land Rover North America, LLC<br>100 Jaguar Land Rover Way<br>Mahwah, NJ 07495-1100 |
| **Electronic copy provided to:** | Danielle Hauk<br>Adela Lungu<br>John Golden |

| | |
|---|---|
| **Entity:** | Jaguar Land Rover North America, LLC<br>Entity ID Number  3279821 |
| **Entity Served:** | Jaguar Land Rover North America, LLC |
| **Title of Action:** | HRair Aintablian vs. Jaguar Land Rover North America, LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Breach of Warranty |
| **Court/Agency:** | Los Angeles County Superior Court, CA |
| **Case/Reference No:** | 18STCV03907 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 11/29/2018 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Harry S. Kaloustian<br>818-594-0739 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** JAGUAR LAND ROVER NORTH AMERICA, LLC,
*(AVISO AL DEMANDADO):* a Delaware Limited Liability Company; TERRY
YORK MOTOR CARS, LTD, a California Corporation d/b/a
LAND ROVER ENCINO and DOES 1 to 25, inclusive;

**YOU ARE BEING SUED BY PLAINTIFF:** HRAIR AINTABLIAN, an individual;
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

| FOR COURT USE ONLY |
| --- |
| *(SOLO PARA USO DE LA CORTE)* |
| **CONFORMED COPY** |
| **ORIGINAL FILED** |
| Superior Court Of California |
| County Of Los Angeles |
| **NOV 02 2018** |
| Sherri R. Carter, Executive Officer/Clerk |
| By: Charlie L. Coleman, Deputy |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>LOS ANGELES<br>**Stanley Mosk Courthouse**<br>111 North Hill Street Los Angeles CA 90012 | **CASE NUMBER:**<br>*(Número del Caso):*<br>**18STCV03907** |
| --- | --- |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Harry S. Kaloustian (SBN 219679)          (818) 594-0739 Tel; (818) 594-0852 Fax
KALOUSTIAN LAW GROUP APC - 20700 Ventura Blvd., Ste. 231 Woodland Hills CA 91364

| DATE:<br>*(Fecha)* | **NOV 02 2018** | **SHERRI R. CARTER** | Clerk, by<br>*(Secretario)* | C.L. COLEMAN | , Deputy<br>*(Adjunto)* |
| --- | --- | --- | --- | --- | --- |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
[SEAL]
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)          ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)          ☐ CCP 416.90 (authorized person)

☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
| --- | --- | --- |

1  Harry S. Kaloustian, Esq. (SBN 219679)
   **KALOUSTIAN LAW GROUP APC**
2  20700 Ventura Boulevard, Ste. 231
   Woodland Hills, CA 91364
3  Tel: (818) 594-0739
   Fax: (818) 594-0852
4  Email: hkaloustian@gmail.com

5  Attorneys for Plaintiff HRAIR AINTABLIAN

CONFORMED COPY
ORIGINAL FILED
Superior Court Of California
County Of Los Angeles

NOV 02 2018

Sherri R. Carter, Executive Officer/Clerk
By: Charlie L. Coleman, Deputy

7       SUPERIOR COURT OF THE STATE OF CALIFORNIA

8     FOR THE COUNTY OF LOS ANGELES – CENTRAL DISTRICT

| | |
|---|---|
| HRAIR AINTABLIAN, an individual; | Case No.: **18STCV03907** |
| Plaintiff, | **COMPLAINT FOR DAMAGES:** |
| vs. | 1. BREACH OF EXPRESS WARRANTY OBLIGATIONS UNDER THE SONG BEVERLY WARRANTY ACT; |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company; TERRY YORK MOTOR CARS, LTD, a California Corporation d/b/a LAND ROVER ENCINO and DOES 1 to 25, inclusive; | 2. BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY UNDER THE SONG-BEVERLY WARRANTY ACT; |
| Defendants. | 3. BREACH OF EXPRESS WARRANTY UNDER THE MAGNUSON-MOSS WARRANTY ACT; |
| | 4. BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY UNDER THE MAGNUSON-MOSS WARRANTY ACT. |

<u>**JURY TRIAL DEMANDED**</u>

**UNLIMITED JURISDICTION
(Amount demanded exceeds $25,000)**

     **PLAINTIFF** HRAIR AINTABLIAN hereby alleges and complains as follows:

<u>**GENERAL ALLEGATION COMMON TO ALL CAUSES OF ACTION**</u>

    1.  Plaintiff is an individual residing in the County of Los Angeles, State of California.

///

- 1 - COMPLAINT FOR DAMAGES

2.   Defendant, JAGUAR LAND ROVER NORTH AMERICA, LLC (hereinafter referred to as "manufacturer"), is a Delaware Limited Liability Corporation doing business in the County of Los Angeles, State of California, and, at all times relevant herein, was/is engaged in the manufacturer sale, distribution, and/or importing of Range Rover motor vehicles and related equipment.

3.   Defendant TERRY YORK MOTOR CARS, LTD. (hereinafter referred to as "lessor") is a California Corporation doing business in the County of Los Angeles, State of California as LAND ROVER ENCINO and, at all times relevant herein, was and is a Manufacturer-authorized agent engaged in the business of selling/leasing and servicing and repairing Manufacturer's vehicles.

4.   The true names and capacities, whether individual, corporate, associate, or otherwise, of the Defendants, Does 1 through 20, inclusive, are unknown to Plaintiff who therefore sues these Defendants by such fictitious names. Plaintiff will seek leave to amend this Complaint to set forth their true names and capacities when he has ascertained them.

5.   Further, Plaintiff is informed and believes, and thereon alleges that each of the Defendants designated herein as a "Doe" is responsible in some manner for the events and happenings herein referred to and caused injury and damage to Plaintiff as herein alleged.

6.   Plaintiffs is informed and believes, and thereon alleges, that at all times herein mentioned, Defendants, and each of them, were the agents, servants, and/or employees of each of thief Co-Defendants. Plaintiff is informed and believes, and thereon alleges, that in doing the things hereinafter alleged Defendants, and each of them, were acting in the course and scope of their employment as such agents, servants, and/or employees, and with the permission, consent, knowledge, and/or ratification of their Co-Defendants, principals, and/or employers.

7.   Before October 5, 2017 defendants Manufacturer and Does 1 through 25 inclusive, manufactured and/or distributed into the stream of commerce a new 2017 LAND ROVER RANGE ROVER, VIN SALGR2FFK5HA367581 ("Vehicle") for its eventual sale/lease in the state of California.

///

8. On or about October 5, 2017 Plaintiff leased, for personal, family, and/or household purposes, the subject Vehicle from the lessor, a manufacturer authorized retailer, for a total consideration of $32,504.71. A true and correct copy of the <u>Lease Agreement</u> is attached hereto as **Exhibit "A"** and incorporated herein by this reference. The subject Vehicle was/is a "new motor vehicle" under the Song-Beverly Warranty Act.

9. Along with the lease of the Vehicle, Plaintiff received written warranties and other express and implied warranties including, but not limited to, warranties from Manufacturer and Lessor that the vehicle and its components would be free from all defects in material and workmanship; that the Vehicle would pass without objection in the trade under the contract description; that the Vehicle would be fit for the ordinary purpose for which it was intended; that the Vehicle would conform to the promises and affirmations of fact made, that Defendants, adjustments, and/or replacements of any parts necessary to ensure that the Vehicle was free from any defects in material and workmanship, that Defendants, and each of them., would maintain the utility of the Vehicle for four (4) years or fifty-thousand (50,000) miles and would conform the Vehicle to the applicable express warranties. A true and correct copy of this warranty is in the possession of Defendants.

10. Plaintiff has duly preformed all the conditions on Plaintiff's part under the lease agreement and under the express and implied warranties given to Plaintiff, except insofar as the acts and/or omissions of the Defendants, and each of them, as alleged herein, prevented and/or excused such performance.

11. Plaintiff has delivered the Vehicle to the Manufacturer's authorized service and repair facilities, agents and/or dealers, including Lessor, on at least three (3) separate occasions resulting in the Vehicle being out of service by reason of repair of nonconformities for over nineteen (19) days. True and correct copies of the <u>Repair Orders</u> are attached hereto as **Exhibit "B"** and incorporated herein by this reference.

12. By way of example, and not by way of limitation, the defects, malfunctions, misadjustments, and/or nonconformities with Plaintiff's Vehicle include the following:

///

| Dates of Service | Location of Service | Complaints |
|---|---|---|
| March 27, 2018 - March 29, 2018<br><br>**Mileage in 6,770**<br><br>**3 Days in Service** | Land Rover Encino<br><br>Encino, CA | 1. There is a water leak from windshield top area. Technician removed and resealed front windshield.<br>2. Cluster goes blank. Technician unable to perform software update.<br>3. Rear camera goes blank.<br>4. Independent oil dilution counter reset. Campaign recalls. Air suspension and adaptive dynamic warning. |
| April 10, 2018 – April 17, 2018<br><br>**Mileage in 7,316**<br><br>**8 Days in Service** | Land Rover Encino<br>Encino, CA | 1. Rear camera inoperable sometimes. Code U2300-53 invalid/incomparable configuration.<br>2. Cluster goes blank<br>3.Navigation shows unavailable and shows off road. Internal fault, perform software update.<br>4. There is a delay on eco responding for starting the car, it takes sometimes 8-10 seconds. |
| April 26, 2018 – May 3, 2018<br><br>**Mileage in 7,561** | Land Rover Encino<br>Encino, CA | 1. Navigation inoperable most of the time. Verified concern.<br>2. Rear camera most of the time goes blank.<br>3. When playing music with wire |

| 8 Days in Service | | to the phone there is a loud screeching noise coming. |
|---|---|---|

13. Each time Plaintiff delivered the nonconforming Vehicle to a Manufacturer-authorized service and repair facility, Plaintiff notified Defendants, and each of them, of the defects, malfunctions, misadjustments, and/or nonconformities existent with the Vehicle and demanded that Manufacturer or its representative's repair, adjust, and/or replace any necessary parts to conform the Vehicle to the applicable warranties.

14. Each time Plaintiff delivered the nonconforming Vehicle to a Manufacturer-authorized service and repair facility, Defendants, and each of them, represented to Plaintiff that they could and would conform the Vehicle to the applicable warranties, that in fact they did conform the Vehicle to the applicable warranties, that in fact  they did conform the Vehicle to said warranties, and that all the defects, malfunctions, misadjustments, and/or nonconformities have been repaired; however, Manufacturer or its representatives failed to conform the Vehicle to the applicable warranties because said defects, malfunctions, misadjustments, and/or nonconformities continue to exist even after a reasonable number of attempts to repair was given.

15. The amount in controversy exceeds TWENTY FIVE THOUSAND DOLLARS ($25,000.00), exclusive of interest and costs, for which Plaintiff seeks judgment against Defendants, together with equitable relief. In addition, Plaintiff seeks damages from Defendants, and each of them, for incidental, consequential, exemplary, and actual damages including interest, costs, and actual attorneys' fees.

## FIRST CAUSE OF ACTION

### (Breach of Implied Warranty of Merchantability under Song-Beverly Warranty Act – Against All Defendants)

16. Plaintiff realleges each and every paragraph (1-15) and incorporates them by this reference as though fully set forth herein.

///

17. The distribution and sale of the Vehicle was accompanied by the Manufacturer's implied warranty that the Vehicle was merchantable.

18. Furthermore, Defendants, and each of them, impliedly warranted, inter alia, that the Vehicle would pass without objection in the trade under the ordinary purpose for which it was intended; that the Vehicle was adequately assembled; and/or that the Vehicle conformed to the promises or affirmation of fact made to Plaintiffs.

19. As evidenced by the defects, malfunctions, misadjustments, and/or nonconformities alleged herein, the Vehicle was not merchantable because it did not have the quality that a buyer would reasonably expect, because it could not pass without objection in the trade under the contract description; because it was not fit for the ordinary purposes for which it was intended; because it was not adequately assembled; and/or because it did not or could not be conformed to the promises or affirmations of fact made to Plaintiff.

20. Upon discovery of the Vehicle's nonconformities, Plaintiff took reasonable steps to notify Defendants, and each of them, within a reasonable time that the Vehicle did not have the quality that a buyer would reasonably expect and, further, justifiably revoked acceptance of the nonconforming Vehicle.

21. Plaintiff hereby again notifies the Defendants of their breach and justifiably revoke acceptance of the nonconforming Vehicle under the Commercial Code sections 2607 and 2608. Plaintiff further demands that the Defendants cancel the sale, take back the nonconforming Vehicle, refund all the money expended, pay the difference between the value of the Vehicle as accepted and the value the Vehicle would have had if it had been as warranted, and/or pay damages under the Commercial Code sections 2711, 2714, and 2715.

22. Plaintiff has made several requests and hereby make a further demand upon Manufacturer for replacement or restitution pursuant to Song-Beverly. Defendants, and each of them, have intentionally failed and refused to make restitution or replacement pursuant to Song-Beverly.

23. As a result of the acts and/or omissions of the Defendants, and each of them, Plaintiff has sustained damage in the amount actually paid or payable under the contract, plus

1  prejudgment interest thereon at the legal rate.  Plaintiff will seek leave to amend this Complaint
2  to set forth the exact amount thereof when that amount is ascertained.

3       24. As a further result of the actions of Defendants, and each of them, Plaintiff has
4  sustained incidental and consequential damages in an amount yet to be determined, plus interest
5  thereon at the legal rate.   Plaintiff will seek leave to amend this Complaint to set forth the exact
6  amount of incidental damages when that amount is ascertained.

7       25. As a further result of the actions of Defendants, and each of them, Plaintiff has
8  sustained damages equal to the difference between the value of the Vehicle as accepted and the
9  value the Vehicle would have had if it had been as warranted.

10       26. As a direct result of the acts and/or omissions of Defendants, and each of them, and in
11  pursuing Plaintiff's claim, it was necessary for Plaintiff to retain legal counsel.  Pursuant to
12  Song-Beverly, Plaintiff, in addition to his other remedies, is entitled to the recovery of his
13  attorney's fees based upon actual time expended and reasonably incurred, in connection with the
14  commencement and prosecution of this action.

15

16  ### SECOND CAUSE OF ACTION

17  **(Breach of Express Warranty under Song-Beverly Warranty Act - Against All Defendants)**

18       27. Plaintiff realleges each and every paragraph (1-26) and incorporates them by this
19  reference as though fully set forth herein.

20       28. The Vehicle had defects, malfunctions, misadjustments and/or nonconformities
21  covered by the warranty that substantially impaired its value, use, or safety to Plaintiff.

22       29. Plaintiff delivered the Vehicle to Manufacturer or its authorized repair facility for
23  repair.

24       30. Defendants, and each of them, failed to service or repair the Vehicle to match the
25  written warranty after a reasonable number of opportunities to do so.

26  ///

27  ///

28  ///

31. The acts and/or omissions of Defendants, and each of them, in failing to perform the proper repairs, part replacement, and/or adjustment, to conform the Vehicle to the applicable express warranty constitute a breach of the express warranties that the Manufacturer provided to Plaintiff, thereby breaching Defendants' obligation under Song-Beverly.

32. Defendants, and each of them, failed to perform the necessary repairs and/or service in good and workmanlike manner. The actions taken by Defendants, and each of them, where insufficient to make the Subject Vehicle conform to the express warranties and/or proper operational characteristics of like Vehicles, all in violation of the Defendants' obligations under Song-Beverly.

33. Plaintiffs gave written notice to Defendants that the Manufacturer or its representatives in this state is unable to service or repair the subject vehicle to conform to the applicable express warranties after a reasonable number of attempts, and further requested that the Manufacturer comply with paragraph (2) of the subdivision (d) of Section 1793.2 on or about September 7, 2018. Defendants and each of them, knowing their obligations under Song-Beverly, and despite Plaintiff's demand, failed and refused to make restitution or replacement according to the mandates of Song-Beverly. Such failure of Defendants, and each of them, to refund the price paid and payable or to replace the Vehicle was deemed intentional and justifies an award of a Civil Penalty in an amount not exceed two times Plaintiff's actual damages.

34. As a result of the act and/or omission of Defendants and each of them, and pursuant to the provisions of the Song-Beverly, Plaintiff is entitled to replacement of the Vehicle or restitution of the amount actually paid or payable under the contract, at Plaintiff's election, plus prejudgment interest thereon at the legal rate. Plaintiff will seek leave of Court to amend this Complaint to set forth the exact amount restitution and interest, upon election, when that amount has been ascertained.

35. Additionally, as a result of the acts and/or omission of Defendants, and each of them, and pursuant to Song-Beverly, Plaintiff has sustained and is entitled to consequential and incidental damages in amounts yet to be determined, plus interest thereon at the legal rate.

1  Plaintiffs will seek leave of the court to amend this complaint to set forth the exact amount of

2  consequential and or incidental damages, when those amounts have been ascertained.

3       36. As a direct result of the acts and/or omission of the Defendants and each of them and

4  in pursuing Plaintiff's claim, it was necessary for Plaintiff to retain legal counsel. Pursuant to

5  Song-Beverly, Plaintiff, in addition to other remedies, is entitled to the recovery of his attorneys'

6  fees based upon actual time expended and reasonably incurred, in connection with the

7  commencement and prosecution of this action.

8

9  **THIRD CAUSE OF ACTION**

10  **(Breach of Written Warranty under Magnuson-Moss Warranty Act -**

11  **Against All Defendants)**

12       37. Plaintiff realleges each and every paragraph (1-36) and incorporates them by

13  reference as though fully set forth herein.

14       38. Plaintiff is a "Consumer" as defined in the Magnuson-Moss Warranty Act

15  (hereinafter referred to as the "Warranty Act") 15 USC 2301 (3).

16       39. The Manufacturer and Lessor is a "Supplier" and "Warrantor" as defined by the

17  Warranty Act, 15USC 2301(4), (5).

18       40. The Vehicle is a "Consumer Product" as defined in the Warranty Act, 15 USC 2301

19  (1).

20       41. The Vehicle was manufactured and leased after 1975.

21       42. The express warranty given by the Manufacturer pertaining to the Vehicle is a

22  "Written Warranty" as defined in the Warranty Act,15 USC 2301 (6).

23       43. The various repairing dealerships are authorized dealership/agent of the manufacturer

24  designed to perform repairs on Vehicles under manufacturer's warranties.

25       44. The above-describe actions (failure to repair and/or properly repair the above-

26  mentioned defects, etc.), including failure to honor the written warranty constitute the breach of

27  the written warranty by the Defendants actionable under the Warranty Act, 15 USC 2310 (d) (1),

28  (2).

45. As a direct result of the Defendants' acts and/or omissions, Plaintiff has suffered damages as set forth herein. Therefore, Plaintiff is entitled to a judgment and the following relief against all Defendants:  (1) A declaration that acceptance has been properly revoked by Plaintiff and for damages incurred in revoking acceptance; (2) A refund of the lease payments paid by Plaintiff for the Vehicle; (3) Cancellation of Plaintiff's retail installment contract and payment in full of the balance of same; (4) Consequential, incidental, and actual damages to be proved at trial; (5) Costs and expenses including actual attorneys' fees reasonably incurred; (6) Prejudgment interest at the legal rate; and (7) Such other relief the Court deems appropriate.

## FOURTH CAUSE OF ACTION

### (Breach of Implied Warranty under Magnuson-Moss Warranty Act –
### Against All Defendants)

46. Plaintiff realleges each and every paragraph (1-45) and incorporates them by this reference as though fully set forth herein.

47. The above-described actions on the part of the Defendants constitute a breach of the implied warranties of merchantability actionable under the Warranty Act, 15 USC 2301 (7), 2308, 2310 (d) (1), (2).

48. As a direct result of the Defendants' acts and/or omissions, Plaintiff has suffered damages as set forth herein. Therefore, Plaintiff is entitled to judgment against all Defendants declaring acceptance has been properly revoked by Plaintiff and for damages incurred in revoking acceptance, for a refund of the lease payments paid by Plaintiff for the Vehicle, for cancellation of Plaintiff's retail installment contract and for payment in full by Defendants and all of them on the balance of the installment contract, for consequential, incidental, and actual damages, for costs, prejudgment interest at the legal rate, for actual attorney's fees reasonably incurred, and such other relief the Court deems appropriate.

///

///

///

**WHEREFORE**, Plaintiff prays for judgment against all Defendants, and each of them, as follows:

     A.     For replacement or restitution, at Plaintiff's election, according to proof;

     B.     For incidental damages, according to proof;

     C.     For consequential damages, according to proof;

     D.     For a civil penalty as provided in Song-Beverly, in as amount not to exceed two times the amount of Plaintiff's actual damages;

     E.     For actual attorney's fees, reasonably incurred;

     F.     For costs or suit and expenses, according to proof;

     G.     For the difference between the value of the Vehicle as accepted and the value the Vehicle would have had if it had been as warranted;

     H.     For remedies provided in Chapter 6 and 7 of Division 2 of the Commercial Code;

     I.     For pre-judgment interest at the legal rate;

     J.     For a jury trial;

     K.     Such other relief the Court deems appropriate.

DATED: 11/01/2018          KALOUSTIAN LAW GROUP APC

By: Harry Kaloustian, Attorneys for
Plaintiff HRAIR AINTABLIAN

# EXHIBIT A

# MOTOR VEHICLE LEASE AGREEMENT - CLOSED-END - CALIFORNIA


**us bank.**

FORM# 3548 DEAL# 68028      STORE# 692 STK# HA367581 CUST# 6770949

## 1. LESSEE AND LESSOR

| LESSEE AND CO-LESSEE | | LESSOR | |
|---|---|---|---|
| Name: HRAIR H AINTABLIAN | | Name: LAND ROVER ENCINO | |
| Address: 5415 PARKMOR RD CALABASAS   CA   91302 | | Address: 15800 VENTURA BLVD. ENCINO, CA                    91436 | |
| County: LOS ANGELES | | | |
| LEASE NUMBER      68028 | | LEASE DATE      10/25/2017 | |

The words "you" and "your" mean each person named as a Lessee or Co-Lessee above. The words "we," "us" and "our" mean the Lessor named above and USB Leasing LT or its successors and assigns ("Assignee"), to whom this Motor Vehicle Lease Agreement ("Lease") will be assigned. "Vehicle" means the leased vehicle described below, including all equipment, parts, accessories and accessions. You agree to lease the Vehicle from us according to the terms and conditions of this Lease. The consumer lease disclosures contained in this Lease are also made on behalf of Assignee.

## 2. VEHICLE DESCRIPTIONS

### A. LEASED VEHICLE

| | Year | Make | Model | Body Style | Odometer Reading | Vehicle Identification Number |
|---|---|---|---|---|---|---|
| ☐ New ☐ Used | 2017 | LAND ROVER | RANGE ROVER | UT | 16 | SALGR2FK5HA367581 |

Primary Use of Vehicle:   ☐ Personal, family or household purposes   ☐ Business, commercial or agricultural purposes

You acknowledge that you have received and examined the Vehicle described above, that the Vehicle is equipped as described and is in good operating order and condition. You accept the Vehicle for all purposes of this Lease.

**B.** TRADE-IN VEHICLE: Year ___N/A___ Make ___N/A___ Model ___N/A___
Gross Allowance $ ___N/A___ Amount Owed $ ___N/A___ Net Trade-in Allowance $ ___0.00___

**C.** FOR USE BY LESSOR: Trade-in, turn-in, and other individualized agreements:

Lessee represents that the payoff owing on the trade-in vehicle is $___N/A___. If the actual payoff is more than the amount, Lessee will pay the Dealer the difference on demand, and if it is less than that amount, Dealer will issue a refund to Lessee

| 3. AMOUNT DUE AT LEASE SIGNING OR DELIVERY (Itemized below) $ 2143.24 | 4. MONTHLY PAYMENTS A. Your first Monthly Payment of $ 1302.89 is due on the Lease Date, followed by 23 payments of $ 1302.89 due on the 24TH of each month. B. The total of your Monthly Payments is $ 31269.36 | 5. OTHER CHARGES (Not part of your Monthly Payment) A. Termination Fee (if you do not purchase the Vehicle) $ 395.00 B. Total $ 395.00 | 6. TOTAL OF PAYMENTS (The amount you will have paid by the end of the Lease) $ 32504.71 (Sections 3 plus 4(B) plus 6(B) minus Sections 7(A)(3) minus 7(A)(4)) |
|---|---|---|---|

## 7. *ITEMIZATION OF AMOUNT DUE AT LEASE SIGNING OR DELIVERY

**A.** Amount Due at Lease Signing or Delivery:

| | |
|---|---|
| (1) Capitalized Cost Reduction | $ ___N/A___ |
| (2) Sales/Use Tax on Capitalized Cost Reduction | ___N/A___ |
| (3) First Monthly Payment | 1302.89 |
| (4) Refundable Security Deposit | ___N/A___ |
| (5) Title Fees | 715.00 |
| (6) Registration Fees | ___N/A___ |
| (7) Upfront Sales/Use Tax on Vehicle | 7.60 |
| (8) California Tire Fee (paid to State) | 8.75 |
| (9) Electronic Vehicle Registration or Transfer Charge (Not a governmental fee) | 29.00 |
| (10) Document Processing Charge (Not a governmental fee) | 80.00 |

| | |
|---|---|
| (11) Acquisition Fee | N/A |
| (12) ___N/A___ | N/A |
| (13) ___N/A___ | |
| (14) Total | $ 2143.24 |

**B.** How the Amount Due at Lease Signing or Delivery will be Paid:

| | |
|---|---|
| (1) Net Trade-in Allowance | $ ___N/A___ |
| (2) Rebates and Noncash Credits | ___N/A___ |
| (3) Amount to be Paid in Cash | 2143.24 |
| (4) Total | 2143.24 |

**A. Amount Due at Lease Signing or Delivery:**

| | | | | (11) Acquisition F~~e~~ | | N/A |
|---|---|---|---|---|---|---|
| (1) | Capitalized Cost Reduction | $ | N/A | (12) | N/A | N/A |
| (2) | Sales/Use Tax on Capitalized Cost Reduction | | N/A | (13) | N/A | N/A |
| (3) | First Monthly Payment | | 1302.89 | (14) Total | $ | 2143.24 |
| (4) | Refundable Security Deposit | | N/A | | | |
| (5) | Title Fees | | 715.00 | **B. How the Amount Due at Lease Signing** | | |
| (6) | Registration Fees | | N/A | **or Delivery will be Paid:** | | |
| (7) | Upfront Sales/Use Tax on Vehicle | | 7.60 | (1) Net Trade-In Allowance | $ | N/A |
| (8) | California Tire Fee (paid to State) | | 8.75 | (2) Rebates and Noncash Credits | | N/A |
| (9) | Electronic Vehicle Registration or Transfer Charge (Not a governmental fee) | | 29.00 | (3) Amount to be Paid in Cash | | 2143.24 |
| (10) | Document Processing Charge (Not a governmental fee) | | 80.00 | (4) Total | $ | 2143.24 |

**8.  YOUR MONTHLY PAYMENT IS DETERMINED AS SHOWN BELOW:**

A. **Gross Capitalized Cost.** The agreed upon value of the Vehicle ($ 92522 ) and any items you pay over the Lease Term (such as taxes, fees, service contracts, insurance, and any outstanding prior credit or lease balance) .............. $   93417.15

B. **Capitalized Cost Reduction.** The amount of any Net Trade-In Allowance, rebate, noncash credit, or cash you pay that reduces the Gross Capitalized Cost ....................................   N/A

C. **Adjusted Capitalized Cost.** The amount used in calculating your Base Monthly Payment .................... =   93417.15

D. **Residual Value.** The value of the Vehicle at the end of the Lease used in calculating your Base Monthly Payment ........... −   69554.40

E. **Depreciation and any Amortized Amounts.** The amount charged for the Vehicle's decline in value through normal use and for other items paid over the Lease Term ...........   23862.75

F. **Rent Charge.** The amount charged in addition to the Depreciation and any Amortized Amounts .................... +   4693.65

G. **Total of Base Monthly Payments.** The Depreciation and any Amortized Amounts plus the Rent Charge ............. =   28556.40

H. **Lease Payments.** The number of payments in your Lease (Lease Term     24     months) .................... ÷   24

I. **Base Monthly Payment** .................................... =   1189.86

J. **Monthly Sales/Use Tax** .................................... +   113.04

K.   N/A   .................................... +   N/A

L. **Total Monthly Payment** ("Monthly Payment") .................................... = $   1302.89

> **Early Termination.** You may have to pay a substantial charge if you end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier you end the Lease, the greater this charge is likely to be.

**9.  EXCESSIVE WEAR AND USE**

You may be charged for excessive wear based on our standards for normal use and for mileage in excess of     10000    miles per year at the rate of $     .25     per mile. No rebate or credit will be paid to you if the mileage is less than the specified amounts.

**10.  PURCHASE OPTION AT END OF LEASE TERM**

If you have fully performed all of your obligations under this Lease, including paying the total of your Monthly Payments and all other amounts due under this Lease, then you have an option to purchase the Vehicle AS IS at the end of the Lease Term for $     69904.40    *, plus any taxes, official fees and other charges related to such purchase. *Includes a purchase option fee of $350.

**Other Important Terms.** See both sides of this Lease for additional information on early termination, purchase options and maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

A. Agreed Upon Value of Vehicle as Equipped at Lease Signing                    $     92522.15

# EXHIBIT B

378372

CUSTOMER #: 6770949

 

HRAIR H AINTABLIAN
5415 PARKMOR RD
CALABASAS, CA 91302
MIKEAINTAB@HOTMAIL.COM
HOME:818-880-6453 CONT:818-880-6453
BUS: 818-439-6969 CELL:

WORKORDER

PAGE 1

# Land Rover Encino

15600 Ventura Blvd., Encino, CA 91436   818-990-9970

SERVICE ADVISOR: 4862 YADEGAR,EDMOND

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|-----------|-----|---------|-----------------|-----|
| INDUS SILV | 17 | LAND ROVER RANGE ROV | SALGR2FK5HA367581 | | 6770/ | T4085 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 25OCT17 DD | | | 19:00 27MAR18 | | | CASH | |

| R.O. OPENED | | READY | OPTIONS: SOLD-STK:HA367581 DLR:30956 |
|-------------|--|-------|------|
| 27MAR2018 12:17 | | | ENG:3L_V6_CYL TRN:A |

LINE OP CODE  TECH...  TYPE   DESCRIPTIONS/INSTRUCTIONS

# A                          CUST STATES THERE IS A WATER LEAK FROM WINDSHIELD
                             TOP AREA
    40             WR        DEFAULT


# B                          CUST STATES CLUSTER GOES BLANK
    40             WR        MAINTENANCE SERVICE - 40


# C                          CUST STATES RERA CAMERA GOES BLANK
    40             WR        MAINTENANCE SERVICE - 40


# D                          N025 INDEPENDENT OIL DILUTION COUNTER RESET
    65             WR        CAMPAIGNS/RECALLS - 65


# E                          N135 AIR SUSPENSION & ADAPTIVE DYNAMIC WARNING
    65             WR        CAMPAIGNS/RECALLS - 65


# F   MULTI-A      CR        Customer requested to have Multi Point Inspection
                             performed this visit


# G   66LRZ1                 IREPS WARRANTY RENTAL CAR - 66

---

IMPORTANT: REMOVE ALL PERSONAL PROPERTY AND VALUABLES FROM YOUR VEHICLE. WE DO NOT ASSUME
RESPONSIBILITY FOR LOSS OR DAMAGE FOR ARTICLES LEFT IN YOUR VEHICLE.

TEARDOWN ESTIMATE: I understand that my vehicle will be reassembled within _____ days of
the date shown above if I choose not to authorize the service recommended.

**ALL PARTS INSTALLED ARE NEW UNLESS SPECIFIED OTHERWISE.**

NOTICE TO CUSTOMERS
WE MAKE A SEPARATE CHARGE FOR THE STORAGE AND DISPOSAL OF TOXIC WASTES, RATHER THAN
RECOVER THESE COSTS BY INCREASING OUR LABOR RATES TO ALL OF OUR SERVICE CUSTOMERS. WE MAKE
THIS CHARGE ONLY ON THOSE PARTICULAR REPAIRS OR SERVICES WHICH GENERATE THESE WASTES. THESE
ARE UNIFORM CHARGES WHICH ARE CALCULATED ANNUALLY FOR EACH PARTICULAR SERVICE AND ARE
AVAILABLE ON REQUEST.

TERMS: CASH; WE ACCEPT THE FOLLOWING: VISA - MASTERCARD - AMERICAN EXPRESS
WE RESERVE THE RIGHT TO REFUSE ANY PERSONAL CHECK

| SERVICE DEPT. HOURS: |  |
|----------------------|--|
| MONDAY THRU FRIDAY 7:00 A.M. to 7:00 P.M. SATURDAY 8:00 A.M. to 6:00 P.M. | |

CUSTOMER COPY

PRELIMINARY ESTIMATE $_____

AUTHORIZED BY X

| | DATE | TIME | BY |
|--|------|------|-----|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL
OF THE ABOVE REVISED ESTIMATES:

X

CUSTOMER SIGNATURE

BAR # ARD213703          EPA # CAD 981674872

CUSTOMER #: 6770949

378372

 

HRAIR H AINTABLIAN
5415 PARKMOR RD
CALABASAS, CA 91302
MIKEAINTAB@HOTMAIL.COM
HOME:818-880-6453  CONT:818-880-6453
BUS: 818-439-6969  CELL:

WORKORDER

PAGE 2

**Land Rover Encino**

16800 Ventura Blvd., Encino, CA 91436   818-990-9970

SERVICE ADVISOR: 4862 YADEGAR,EDMOND

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| INDUS SILV | 17 | LAND ROVER RANGE ROV | SALGR2FK5HA367581 | | 6770/ | T4085 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 25OCT17 DD | | | 19:00 27MAR18 | | | CASH | |

| R.O. OPENED | READY | OPTIONS:  SOLD-STK:HA367581 DLR:30956 |
|-------------|-------|---------------------------------------|
| 27MAR2018 12:17 | | ENG:3L_V6_CYL TRN:A |

| LINE | OP CODE | TECH... | TYPE | DESCRIPTIONS/INSTRUCTIONS |
|------|---------|---------|------|---------------------------|
| # H | DRVPNK1 | | CR | **Thank you for joining us in the fight against cancer. We've partnered with the BCRF to raise funds for the world's most promising research to eradicate breast cancer. 100% of your donation goes to BCRF. Please visit DrivePink.com for more info.** DRVPNK Charitable Donation |

COMMENTS: CUSTOMER REQUESTED A LOAN CREATED 2018-03-21 06:18:00PM TAKEN BY
EDMOND YADEGAR

IMPORTANT: REMOVE ALL PERSONAL PROPERTY AND VALUABLES FROM YOUR VEHICLE. WE DO NOT ASSUME RESPONSIBILITY FOR LOSS OR DAMAGE FOR ARTICLES LEFT IN YOUR VEHICLE.

TEARDOWN ESTIMATE: I understand that my vehicle will be reassembled within _____ days of the date shown above if I choose not to authorize the service recommended.

ALL PARTS INSTALLED ARE NEW UNLESS SPECIFIED OTHERWISE.

NOTICE TO CUSTOMERS
WE MAKE A SEPARATE CHARGE FOR THE STORAGE AND DISPOSAL OF TOXIC WASTES. rATHER THAN RECOVER THESE COSTS BY INCREASING OUR LABOR RATES TO ALL OF OUR SERVICE CUSTOMERS, WE MAKE THIS CHARGE ONLY ON THOSE PARTICULAR REPAIRS OR SERVICES WHICH GENERATE THESE WASTES. THESE ARE UNIFORM CHARGES WHICH ARE CALCULATED ANNUALLY FOR EACH PARTICULAR SERVICE AND ARE AVAILABLE ON REQUEST.

TERMS: CASH. WE DO ACCEPT THE FOLLOWING: VISA · MASTERCARD · AMERICAN EXPRESS
WE RESERVE THE RIGHT TO REFUSE ANY PERSONAL CHECK



SERVICE DEPT. HOURS:
MONDAY THRU FRIDAY
7:00 A.M. to 7:00 P.M.
SATURDAY
8:00 A.M. to 6:00 P.M.

PRELIMINARY ESTIMATE  $ _____

AUTHORIZED BY  X

| | DATE | TIME | BY |
|---|------|------|-----|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL
OF THE ABOVE REVISED ESTIMATES:

X _____

CUSTOMER SIGNATURE

**\*INVOICE\***

Invoice #: **378372**

Tag #: **T4085**

 

## Land Rover Encino

15800 Ventura Blvd., Encino, CA 91436    818-990-9970

**HRAIR H AINTABLIAN**
5415 PARKMOR RD
CALABASAS, CA 91302
Home: 818-880-6453    Bus: 818-439-6969    Customer #:**6770949**

Cell:    Email: mikeaintab@hotmail.com | home    Service Advisor: **4862 EDMOND YADEGAR**  # ARD213703    EPA # CAD 981674872

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN: | MILEAGE OUT |
|---|---|---|---|---|---|---|
| INDUS SILV | 17 | LAND ROVER RANGE ROV | SALGR2FK5HA367581 | | 6770 | 6770 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|---|---|---|---|---|---|---|---|---|---|
| 25OCT17 | | | 19:00 27MAR18 | | | CASH | 29MAR18 | 12:17 27MAR18 | 15:58 29MAR18 |

OPTIONS: SOLD-STK:HA367581 DLR:30956 ENG:3L_V6_CYL TRN:A

```
LINE OPCODE TECH TYPE HOURS                                LIST    NET    TOTAL
A CUST STATES THERE IS A WATER LEAK FROM WINDSHIELD TOP AREA
CAUSE: .
       40 DEFAULT
                 2666      WR                                            (N/C)
SUBL ACTION GLASS
                           WR                                            (N/C)
PARTS:    0.00  LABOR:      0.00  OTHER:     0.00   TOTAL LINE A:
 6770 REMOVE AND RESEAL FRONT WINDSHIELD                                  0.00
         ***************************************************
B CUST STATES CLUSTER GOES BLANK
CAUSE: .
       40 MAINTENANCE SERVICE - 40
                 2909      WR                                            (N/C)
PARTS:    0.00  LABOR:      0.00  OTHER:     0.00   TOTAL LINE B:         0.00
 6770 PERFORM PATH FINDER TEST ICM SYSTEM PASS WITH OUT FAULTS SHOWS
 SOFTWARE UP DATES AVAILABLE PATH FINDER WILL NO UP DATE INSTRUMENT
 CLUSTER SHOWS ERROR TRY 3 TIMES WITH OUT SUCCESS AND TRY WITH A
 DIFFERENT COMPUTER ALSO NO ABLE TO UP DATE SEE PATH FINDER PRINT OUTS
         ***************************************************
C CUST STATES RERA CAMERA GOES BLANK
CAUSE: .
       40 MAINTENANCE SERVICE - 40
                 2909      WR                                            (N/C)
PARTS:    0.00  LABOR:      0.00  OTHER:     0.00   TOTAL LINE C:         0.00
         ***************************************************
D N025 INDEPENDENT OIL DILUTION COUNTER RESET
CAUSE: .
       65 CAMPAIGNS/RECALLS - 65
                 2909      WR                                            (N/C)
PARTS:    0.00  LABOR:      0.00  OTHER:     0.00   TOTAL LINE D:         0.00
 6770 perform campaign N025 program pcm per tsb instructions see
 pathfinder print outs
         ***************************************************
E N135 AIR SUSPENSION & ADAPTIVE DYNAMIC WARNING
```

We are proud retailer of our equipment (OE) parts, sourced from the vehicle manufacturer and backed by limited warranty.

We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP\*." These non-OE (AP\*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.

Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.

• **Customer Copy**

| | | | | | | | | | | TERMS: CASH OR | | | LABOR AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL EST. | THIS FORM IS AN ITEMIZED LIST OF REPAIRS SUBJECT TO ALL THE CONDITIONS OF THE ORIGINAL REPAIR ORDER. | | | | I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE. SIGN X | | | | | VISA · MASERCARD DISCOVER | | | PARTS AMOUNT | |
| REVISED ESTIMATE | A | ADDL. COST | DATE | TIME | IN PERSON | AUTHORIZED BY | | | | NOTE: BY LAW, YOU MAY CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY. | | | GAS, OIL, LUBE | |
| REASON | | | | | PHONE | | | | | | | | SUBLET AMOUNT | |
| REVISED ESTIMATE | B | ADDL. COST | DATE | TIME | IN PERSON | AUTHORIZED BY | | | | | | | MISC. CHARGES | |
| REASON | | | | | PHONE | | | | | *HAZARDOUS WASTE DISPOSAL: As a result of Federal and State Mandated Management Regulating, a small amount will be charged for disposal of hazardous waste generated by repair of your vehicle. Hazardous waste items any oil, filter, solvents, tires, batteries, asbestos, gasoline, antifreeze, etc. | | | TOTAL CHARGES | |
| SERVICE INSTALLED PARTS | DATE INSTALLED | | MO. | DAY | YEAR | ACCRUED MILEAGE | | | | | | | LESS INSURANCE | |
| | | | | | | | | | | | | | SALES TAX | |
| CUSTOMER SIGNATURE | | | | | | | | | | | | | PLEASE PAY THIS AMOUNT | |

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR 1½ YEARS FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVE OF DEALER.

SIGNED    DEALER, GENERAL MANAGER OR AUTHORIZED PERSON    (DATE)

Copyright 2014 CDK Global, LLC  EMF SERVICE INVOICE · XSIGC · 3638064 · IMAGING

**\*INVOICE\***

Invoice #: **378372**

Tag #: **T4085**

 

**Land Rover Encino**

15800 Ventura Blvd., Encino, CA 91436   818-990-9970

*IRAIR H AINTABLIAN*
*415 PARKMOR RD*
*ALABASAS, CA 91302*
**Iome:** 818-880-6453   **Bus:** 818-439-6969   **Customer #:** 6770949

**Service Advisor:** 4862 EDMOND YADEGAR   PAR # ARD213703   EPA # CAD 981674872

**Cell:**   **Email:** mikeaintab@hotmail.com | home

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|-------|------|-----------|-----|---------|-----------|-------------|
| INDUS SILV | 17 | LAND ROVER RANGE ROV | SALGR2FK5HA367581 | | 6770 | 6770 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|----------|-----------|-----------|----------|--------|------|---------|-----------|-------------|-------|
| 25OCT17 | | | 19:00 27MAR18 | | | CASH | 29MAR18 | 12:17 27MAR18 | 15:58 29MAR18 |

OPTIONS: SOLD-STK:HA367581 DLR:30956 ENG:3L_V8_CYL TRN:A

```
LINE OPCODE TECH TYPE HOURS                                    LIST      NET      TOTAL
CAUSE:
    65 CAMPAIGNS/RECALLS - 65                                          (N/C)
        2909    WR                                                      0.00
PARTS:     0.00  LABOR:        0.00  OTHER:     0.00  TOTAL LINE E:
6770 perform campaign n135 program CHCM per tsb instructions see
path fider print outs
    *************************************************************
F Customer requested to have Multi Point Inspection performed this
    visit
CAUSE: PERFORMED MULTI POINT INSPECTION
    MULTI-A Customer requested to have Multi Point
        Inspection performed this visit
        2909    CR                                            0.00      0.00
    GTIRE TIRES-GREEN PLEASE SEE YOUR SERVICE ADVISOR
        ON YOUR NEXT VISIT
        2909    CR                                            0.00      0.00
    GBATT BATTERY TESTS GOOD AT THIS TIME - NO
        ATTENTION NEEDED AT THIS TIME
        2909    CR                                            0.00      0.00
    GBK BRAKES-GREEN PLEASE SEE YOUR SERVICE ADVISOR
        ON YOUR NEXT VISIT
        2909    CR                                            0.00      0.00
PARTS:     0.00  LABOR:        0.00  OTHER:     0.00  TOTAL LINE F:      0.00
6770 SEE MULTI INSPECTION SHEET
    *************************************************************
G WARRANTY RENTAL CAR - 66
    66LRZ1 WARRANTY RENTAL CAR - 66
        2909IREPS                                                    (N/C)
PARTS:     0.00  LABOR:        0.00  OTHER:     0.00  TOTAL LINE G:      0.00
    *************************************************************
H **Thank you for joining us in the fight against cancer. We've
        partnered with the BCRF to raise funds for the world's most
        promising research to eradicate breast cancer. 100% of your
        donation goes to BCRF. Please visit DrivePink.com for more
```

*proud retailer of*
*...al Equipment (OE) parts,*
*rced from the vehicle*
*nufacturer and backed by*
*limited warranty.*

*also offer high quality*
*-OE parts that are suitable*
*your vehicle and fit all*
*gets and needs. If you*
*e chosen a non-OE part, it*
*be identified on your*
*ice as "AP\*." These*
*-OE (AP\*) parts are not*
*rced from the vehicle's*
*: .      rer or covered by its*
*ranty. Non-OE parts come*
*h a limited warranty backed*
*AutoNation and/or the parts*
*nufacturer.*

*ler is not authorized to perform recall*
*airs for non-Dealer brand vehicles and*
*aler's Vehicles Safety and Condition*
*ction and/or service does not include a*
*w of possible pending recalls or service*
*aigns issued by manufacturers of other*
*makes and models.*

**Customer Copy**

| ORIGINAL EST. | THIS FORM IS AN ITEMIZED LIST OF REPAIRS SUBJECT TO ALL THE CONDITIONS OF THE ORIGINAL REPAIR ORDER. | I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE. SIGN: X | | |
|---|---|---|---|---|

| REVISED ESTIMATE A | ADDL. COST | DATE | TIME | □IN PERSON □PHONE | AUTHORIZED BY |
| REASON |
| REVISED ESTIMATE B | ADDL. COST | DATE | TIME | □IN PERSON □PHONE | AUTHORIZED BY |
| REASON |

**TERMS: CASH OR**
**VISA · MASERCARD**
**DISCOVER**

NOTE: BY LAW, YOU MAY CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.

\*HAZARDOUS WASTE DISPOSAL: As a result of Federal and State Mandated Management Regulating, a small amount will be charged for disposal of hazardous waste generated by repair of your vehicle. Hazardous waste items are oil, oil filter, solvents, tires, batteries, asbestos, gasoline, antifreeze, etc.

| SERVICE INSTALLED PARTS | DATE INSTALLED | MO | DAY | YEAR | ACCRUED MILEAGE |
|---|---|---|---|---|---|

| LABOR AMOUNT | |
|---|---|
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

Notice to Consumer: Please read important information on ba[c]

**\*INVOICE\***

Invoice #: **378372**

Tag #: **T4085**

 

# Land Rover Encino

IRAIR H AINTABLIAN
415 PARKMOR RD
ALABASAS, CA 91302
Iome: 818-880-6453    Bus: 818-439-6969    Customer #:**6770949**

15800 Ventura Blvd., Encino, CA 91436    818-990-9970

Cell:    Email: mikeaintab@hotmail.com|home    Service Advisor: **4862 EDMOND YADEGAR**    AR # ARD213703    EPA # CAD 981674872

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
| NDUS SILV | 17 | LAND ROVER RANGE ROV | SALGR2FEK5HA367581 | | 6770 | 6770 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|---|---|---|---|---|---|---|---|---|---|
| 25OCT17 | | | 19:00 27MAR18 | | | CASH | 29MAR18 | 12:17 27MAR18 | 15:58 29MAR18 |

PTIONS: SOLD-STK:HA367581 DLR:30958 ENG:3L V6_CYL TRN:A

```
LINE OPCODE TECH TYPE HOURS                              LIST      NET     TOTAL
       info.**
    10 PINK                                                      0.00      0.00
PARTS:       2909    CR                               TOTAL LINE H:        0.00
             0.00  LABOR:     0.00  OTHER:     0.00
       ************************************************************
```

are a proud retailer of
quipment (OE) parts,
rced from the vehicle
nufacturer and backed by
limited warranty.

also offer high quality
-OE parts that are suitable
your vehicle and fit all
lgets and needs. If you
e chosen a non-OE part, it
be identified on your
lice as "AP\*." These
-OE (AP\*) parts are not
rced from the vehicle's
.. rer or covered by its
.. t., **Non-OE parts come**
h a limited warranty backed
AutoNation and/or the parts
nufacturer.

CUSTOMER REQUESTED A LOAN
CREATED 2018-03-21 06 :18:00PM
TAKEN BY EDMOND YADEGAR

Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicle Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.

ler is not authorized to perform recall
airs for non-Dealer brand vehicles and
ealer's Vehicles Safety and Condition
ction and/or service does not include a
w of possible pending recalls or service
aigns issued by manufacturers of other
makes and models.

*Customer Copy*

| ORIGINAL EST. | THIS FORM IS AN ITEMIZED LIST OF REPAIRS SUBJECT TO ALL THE CONDITIONS OF THE ORIGINAL REPAIR ORDER. | I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE. SIGN X | | |
| REVISED ESTIMATE | A | ADDL. COST | DATE | TIME | □IN PERSON □PHONE | AUTHORIZED BY |
| REASON | | | | | | |
| REVISED ESTIMATE | B | ADDL. COST | DATE | TIME | □IN PERSON □PHONE | AUTHORIZED BY |
| REASON | | | | | | |

TERMS: CASH OR VISA · MASERCARD DISCOVER

NOTE: BY LAW, YOU MAY CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.

*HAZARDOUS WASTE DISPOSAL: As a result of Federal and State Mandated Management Regulating, a small amount will be charged for disposal of hazardous waste generated by repair of your vehicle. Hazardous waste items are oil, oil filter, solvents, tires, batteries, asbestos, gasoline, antifreeze, etc.

| SERVICE INSTALLED PARTS | DATE INSTALLED | NO | DAY | YEAR | ACCRUED MILEAGE |
ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF DEALER.

| (SIGNED) | DEALER, GENERAL MANAGER OR AUTHORIZED PERSON | (DATE) |
| CUSTOMER SIGNATURE | | |

| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | 0.00 |

Notice to Consumer: Please read important information on back.

*Page 3 of 3*

Copyright 2014 CDK Gessal, LLC  EMF SERVICE INVOICE · KSIEC · DG9064 · IMAGING

**379069**

CUSTOMER #: 6770949

 

HRAIR H AINTABLIAN
5415 PARKMOR RD
CALABASAS, CA 91302
MIKEAINTAB@HOTMAIL.COM
HOME:818-880-6453  CONT:818-880-6453
BUS: 818-439-6969  CELL:818-355-7550

WORKORDER

PAGE 1

# Land Rover Encino

16800 Ventura Blvd., Encino, CA 91436    818-990-9970

SERVICE ADVISOR: 4862 YADEGAR,EDMOND

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| INDUS SILV | 17 | LAND ROVER RANGE ROV | SALGR2FK5HA367581 | | 7316/ | T4161 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 25OCT17 DD | | | 19:00 10APR18 | | | CASH | |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:HA367581 DLR:30956 |
|---|---|---|---|
| 10APR2018 12:10 | | ENG:3L_V6_CYL TRN:A | |

| LINE | OP CODE | TECH... | TYPE | DESCRIPTIONS/INSTRUCTIONS |
|---|---|---|---|---|
| # A | 40 | | WR | CUST STATES REAR CAMERA INOP SOMETIMES DEFAULT |
| # B | 40 | | WR | CUST STATES CLUSTER GOES BLANK MAINTENANCE SERVICE - 40 |
| # C | 40 | | WR | CUST STATES NAV SHOWS UNAVAILABLE AND SHOWS OFF ROAD MAINTENANCE SERVICE - 40 |
| # D | 40 | | WR | CUST STATES SOMETIMES THERE IS A DELAY ON ECO RESPONDING FRO STARTING THE CAR IT TAKES SOMETIMES 8-10 SEC. MAINTENANCE SERVICE - 40 |
| # E | 66LRZ1 | | IREPS | WARRANTY RENTAL CAR - 66 |
| # F | DRVPNK1 | | CR | **Thank you for joining us in the fight against cancer. We've partnered with the BCRF to raise funds for the world's most promising research to eradicate breast cancer. 100% of your donation goes to BCRF. Please visit DrivePink.com for more info.** DRVPNK Charitable Donation |

COMMENTS: CUSTOMER REQUESTED A LOAN CREATED 2018-04-03 05:06:00PM TAKEN BY
EDMOND YADEGAR

IMPORTANT: REMOVE ALL PERSONAL PROPERTY AND VALUABLES FROM YOUR VEHICLE. WE DO NOT ASSUME RESPONSIBILITY FOR LOSS OR DAMAGE FOR ARTICLES LEFT IN YOUR VEHICLE.

TEARDOWN ESTIMATE: I understand that my vehicle will be reassembled within _____ days of the date shown above if I choose not to authorize the service recommended.

ALL PARTS INSTALLED ARE NEW UNLESS SPECIFIED OTHERWISE.

NOTICE TO CUSTOMERS
WE MAKE A SEPARATE CHARGE FOR THE STORAGE AND DISPOSAL OF TOXIC WASTES. RATHER THAN RECOVER THESE COSTS BY INCREASING OUR LABOR RATES TO ALL OF OUR SERVICE CUSTOMERS, WE MAKE THIS CHARGE ONLY ON THOSE PARTICULAR REPAIRS OR SERVICES WHICH GENERATE THESE WASTES. THESE ARE UNIFORM CHARGES WHICH ARE CALCULATED ANNUALLY FOR EACH PARTICULAR SERVICE AND ARE AVAILABLE ON REQUEST.
TERMS: CASH. WE DO ACCEPT THE FOLLOWING: VISA - MASTERCARD - AMERICAN EXPRESS
WE RESERVE THE RIGHT TO REFUSE ANY PERSONAL CHECK

SERVICE DEPT. HOURS:
MONDAY THRU FRIDAY
7:00 A.M. to 7:00 P.M.
SATURDAY
8:00 A.M. to 6:00 P.M.

CUSTOMER COPY

PRELIMINARY ESTIMATE $ _____

AUTHORIZED BY  X

| | DATE | TIME | BY |
|---|---|---|---|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL OF THE ABOVE REVISED ESTIMATES:

X _____

CUSTOMER SIGNATURE

BAR # ARD213703          EPA # CAD 981674872

**\*INVOICE\***

Invoice #: **379069**

Tag #: **T4161**




# Land Rover Encino

15900 Ventura Blvd., Encino, CA 91436 · 818-990-9870

**HRAIR H AINTABLIAN**
5415 PARKMOR RD
CALABASAS, CA 91302
**Home:** 818-880-6453   **Bus:** 818-439-6969   Customer #:**6770949**
**Cell:** 818-355-7550   **Email:** mikeaintab@hotmail.com | home

Service Advisor: **4862 EDMOND YADEGAR** · AR # ARD213703

EPA # CAD 981674872

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
| INDUS SILV | 17 | LAND ROVER RANGE ROV | SALGR2FK5HA367581 | | 7316 | 7316 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|---|---|---|---|---|---|---|---|---|---|
| 25OCT17 | | | 19:00 10APR18 | | | CASH | 17APR18 | 12:10 10APR18 | 13:17 17APR18 |

OPTIONS: SOLD-STK:HA367581 DLR:30956 ENG:3L_V6_CYL TRN:A

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | LINE OPCODE TECH TYPE HOURS | | | | | | | LIST | NET | TOTAL |

We are a proud retailer of .al Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.

We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP\*." These non-OE (AP\*) parts are not sourced from the vehicle's ... facturer or covered by its ...anty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.

A CUST STATES REAR CAMERA INOP SOMETIMES
CAUSE: .
    40 DEFAULT
         2909      WR
PARTS:      0.00   LABOR:      0.00   OTHER:      0.00   TOTAL LINE A:
7316 perform path finder test perform topix no ssm no tsb found
pathfinder shows dtc u2300-56 invalid /incomparable configuration
perform infotainment master controller software update available 2.0
hrs retest after repairs system restored shows no faults no errors
*************************************************
(N/C)
0.00

B CUST STATES CLUSTER GOES BLANK
CAUSE: .
    40 MAINTENANCE SERVICE - 40
         2909      WR
PARTS:      0.00   LABOR:      0.00   OTHER:      0.00   TOTAL LINE B:
7316 verify concern pathfinder test shows dtc no errors found ecu
functions shows updates are available perform instrument cluster
software update retest after repairs symptoms corrected see pathfinder
print outs
*************************************************
(N/C)
0.00

C CUST STATES NAV SHOWS UNAVAILABLE AND SHOWS OFF ROAD
CAUSE: F
    40 MAINTENANCE SERVICE - 40
         2909      WR
PARTS:      0.00   LABOR:      0.00   OTHER:      0.00   TOTAL LINE C:
7316 during testing no fault detected navigation screen shows
customer not sign in to the network (customer option) during test found
image processing module A component internal fault perform software
update found with pathfinder retest after repairs concern corrected
road test pass
*************************************************
(N/C)
0.00

D CUST STATES SOMETIMES THERE IS A DELAY ON ECO RESPONDING FRO STARTING
    THE CAR IT TAKES SOMETIMES 8-10 SEC.
CAUSE: .

Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition . Inspection and/or service does not include a review of possible pending recalls or service .campaigns issued by manufacturers of other makes and models.

| ORIGINAL EST. | THIS FORM IS AN ITEMIZED LIST OF REPAIRS SUBJECT TO ALL THE CONDITIONS OF THE ORIGINAL REPAIR ORDER. | I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE. SIGN X |
|---|---|---|

| REVISED ESTIMATE | A | ADDL. COST | | DATE | TIME | ☐ IN PERSON ☐ PHONE | AUTHORIZED BY |
|---|---|---|---|---|---|---|---|
| REASON | | | | | | | |
| REVISED ESTIMATE | B | ADDL. COST | | DATE | TIME | ☐ IN PERSON ☐ PHONE | AUTHORIZED BY |
| REASON | | | | | | | |

| SERVICE INSTALLED PARTS | DATE INSTALLED | MO | DAY | YEAR | ACCRUED MILEAGE |
|---|---|---|---|---|---|
| REASON | | | | | |

TERMS: CASH OR VISA · MASERCARD DISCOVER
NOTE: BY LAW, YOU MAY CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.

\*HAZARDOUS WASTE DISPOSAL: As a result of Federal and State Mandated Management Regulating, a small amount will be charged for disposal of hazardous waste generated by repair of your vehicle. Hazardous waste items are oil, oil filter, solvents, tires, batteries, asbestos, glycols, antifreeze, etc.

| | |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVE OF DEALER.

CUSTOMER SIGNATURE       DEALER, GENERAL MANAGER OR AUTHORIZED PERSON       (DATE)

**Customer Copy**

Notice to Consumer: Please read important information on back.

*Page 1 of 2*

Copyright 2014 CDK Global, LLC  EMF SERVICE INVOICE · XSI6C · 3639064 · IMAGING

**\*INVOICE\***

Invoice #: **379069**

Tag #: **T4161**





**HRAIR H AINTABLIAN**
5415 PARKMOR RD
CALABASAS, CA 91302
**Home:** 818-880-6453   **Bus:** 818-439-6969   Customer #:**6770949**
**Cell:** 818-355-7550   **Email:** mikeaintab@hotmail.com | home

**Land Rover Encino**

15800 Ventura Blvd., Encino, CA 91436   818-980-9970

Service Advisor: *4862 EDMOND YADEGAR*   R# ARD213703

EPA # CAD 981674872

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
| INDUS SILV | 17 | LAND ROVER RANGE ROV | SALGR2FK5HA367581 | | 7316 | 7316 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|---|---|---|---|---|---|---|---|---|---|
| 25OCT17 | | | 19:00 10APR18 | | | CASH | 17APR18 | 12:10 10APR18 | 13:17 17APR18 |

OPTIONS: SOLD-STK;HA367581 DLR:30956 ENG:3L_V6_CYL TRN:A

```
LINE OPCODE TECH TYPE HOURS                          LIST      NET    TOTAL
     40 MAINTENANCE SERVICE - 40                                      (N/C)
        2909      WR                                                   0.00
PARTS:       0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE D:
7316 pathfinder test shows no dtc unable to perform road test with
pathfinder to test eco system low deff fluid message is on dash vehicle
will stop and wont start until fix customer to perform is own def fluid
service per service advisor test aborted
        *******************************************************
E WARRANTY RENTAL CAR - 66
     66LRZ1 WARRANTY RENTAL CAR - 66
        2909IREPS                                                     (N/C)
PARTS:       0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE E:    0.00
        *******************************************************
F **Thank you for joining us in the fight against cancer. We've
        partnered with the BCRF to raise funds for the world's most
        promising research to eradicate breast cancer. 100% of your
        donation goes to BCRF. Please visit DrivePink.com for more
        info.**
     10 PINK
        2909      CR                                           0.00    0.00
PARTS:       0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE F:    0.00
        *******************************************************
     CUSTOMER REQUESTED A LOAN        Dealer is not authorized to perform recall
     CREATED 2018-04-03 05 :06:00PM   repairs for non-Dealer brand vehicles and
     TAKEN BY EDMOND YADEGAR          Dealer's Vehicle Safety and Condition
                                      Inspection and/or service does not include
                                      a review of possible pending recalls or
                                      service campaigns issued by manufacturers
                                      of other makes and models.
```

*We are a proud retailer of*
*⋯al Equipment (OE) parts,*
*sourced from the vehicle*
*manufacturer and backed by*
*its limited warranty.*

*We also offer high quality,*
*non-OE parts that are suitable*
*for your vehicle and fit all*
*budgets and needs. If you*
*have chosen a non-OE part, it*
*will be identified on your*
*invoice as "AP\*." These*
*non-OE (AP\*) parts are not*
*sourced from the vehicle's*
*man⋯facturer or covered by its*
*⋯rty. Non-OE parts come*
*with a limited warranty backed*
*by AutoNation and/or the parts*
*manufacturer.*

*Dealer is not authorized to perform recall*
*repairs for non-Dealer brand vehicles and*
*Dealer's Vehicles Safety and Condition*
*Inspection and/or service does not include a*
*review of possible pending recalls or service*
*campaigns issued by manufacturers of other*
*makes and models.*

**Customer Copy**

| | | |
|---|---|---|
| LABOR AMOUNT | | 0.00 |
| PARTS AMOUNT | | 0.00 |
| GAS, OIL, LUBE | | 0.00 |
| SUBLET AMOUNT | | 0.00 |
| MISC. CHARGES | | 0.00 |
| TOTAL CHARGES | | 0.00 |
| LESS INSURANCE | | 0.00 |
| SALES TAX | | 0.00 |
| **PLEASE PAY THIS AMOUNT** | | **0.00** |

TERMS: CASH OR VISA · MASTERCARD DISCOVER

NOTE: BY LAW, YOU MAY CHOOSE ANOTHER FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.

*HAZARDOUS WASTE DISPOSAL: As a result of Federal and State Mandated Management Regulating, a small amount will be charged for disposal of hazardous waste generated by repair of your vehicle. Hazardous waste items are oil, oil filter, solvents, tires, antifreeze, asbestos, gasoline, antifreeze, etc.

Notice to Consumer: Please read important information on back.

*Page 2 of 2*

Copyright 2014 CDK Global, LLC  EMP SERVICE INVOICE · XSI6C · 969606 · IMAGING

CUSTOMER #: 6770949                      **379642**

  

HRAIR H AINTABLIAN                 WORKORDER        **Land Rover Encino**
5415 PARKMOR RD
CALABASAS, CA 91302                PAGE 1          16800 Ventura Blvd., Encino, CA 81436   818-990-9870
MIKEAINTAB@HOTMAIL.COM
HOME:818-880-6453  CONT:818-880-6453
BUS: 818-439-6969  CELL:818-355-7550   **SERVICE ADVISOR: 4862 YADEGAR,EDMOND**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| INDUS SILV | 17 | LAND ROVER RANGE ROV | SALGR2FK5HA367581 | | 7561/ | T4244 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 25OCT17 DD | | | 19:00 26APR18 | | | CASH | |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:HA367581 DLR:30956 |
|---|---|---|
| 26APR2018 12:10 | | ENG:3L_V6_CYL TRN:A |

LINE OP CODE  TECH...  TYPE   DESCRIPTIONS/INSTRUCTIONS

# A                                  CUST STATES NAV INOP MOST OF THE TIME
    40              WR           DEFAULT


# B                                  CUST STATES REAR CAMERA MOST OF THE TIME GOES BLANK
    40              WR           MAINTENANCE SERVICE - 40


# C                                  CUST STATES WHEN PLAYING MUSIC WITH WIRE TO THE
                                     PHONE THERE IS A LOUD SCREACHING NOISE COMES ON
    40              WR           MAINTENANCE SERVICE - 40


# D  DRVPNK1         CR           **Thank you for joining us in the fight against
                                     cancer. We've partnered with the BCRF to raise funds
                                     for the world's most promising research to eradicate
                                     breast cancer. 100% of your donation goes to BCRF.
                                     Please visit DrivePink.com for more info.**
                                     DRVPNK Charitable Donation
COMMENTS: CUSTOMER REQUESTED A LOAN CREATED 2018-04-20 02:12:00PM TAKEN BY
          EDMOND YADEGAR

**IMPORTANT:** REMOVE ALL PERSONAL PROPERTY AND VALUABLES FROM YOUR VEHICLE. WE DO NOT ASSUME RESPONSIBILITY FOR LOSS OR DAMAGE FOR ARTICLES LEFT IN YOUR VEHICLE.

**TEARDOWN ESTIMATE:** I understand that my vehicle will be reassembled within _____ days of the date shown above if I choose not to authorize the service recommended.

**ALL PARTS INSTALLED ARE NEW UNLESS SPECIFIED OTHERWISE.**

**NOTICE TO CUSTOMERS**
WE MAKE A SEPARATE CHARGE FOR THE STORAGE AND DISPOSAL OF TOXIC WASTES. rATHER THAN RECOVER THESE COSTS BY INCREASING OUR LABOR RATES TO ALL OF OUR SERVICE CUSTOMERS, WE MAKE THIS CHARGE ONLY ON THOSE PARTICULAR REPAIRS OR SERVICES WHICH GENERATE THESE WASTES. THESE ARE UNIFORM CHARGES WHICH ARE CALCULATED ANNUALLY FOR EACH PARTICULAR SERVICE AND ARE AVAILABLE ON REQUEST.

**TERMS:** CASH. WE DO ACCEPT THE FOLLOWING: VISA - MASTERCARD - AMERICAN EXPRESS
WE RESERVE THE RIGHT TO REFUSE ANY PERSONAL CHECK

**SERVICE DEPT. HOURS:**
MONDAY THRU FRIDAY
7:00 A.M. to 7:00 P.M.
SATURDAY



PRELIMINARY ESTIMATE $_____

AUTHORIZED BY  X

| | DATE | TIME | BY |
|---|---|---|---|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL OF THE ABOVE REVISED ESTIMATES:

X

**\*INVOICE\***

Invoice #: **379642**

Tag #: **T4244**





# Land Rover Encino

15800 Ventura Blvd., Encino, CA 91436   818-990-9970

HRAIR H AINTABLIAN
6415 PARKMOR RD
CALABASAS, CA 91302
Home: 818-880-6453   Bus: 818-439-6969   Customer #:**6770949**
Cell: 818-355-7550   Email: mikeaintab@hotmail.com | home

Service Advisor: **4862 EDMOND YADEGAR**   AR # ARD213703

EPA # CAD 981674872

| COLOR | YEAR | MAKE/MODEL | | VIN | | LICENSE | | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|---|---|---|
| INDUS SILV | 17 | LAND ROVER RANGE ROV | | SALGR2FK5HA367581 | | | | 7561 | 7561 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|---|---|---|---|---|---|---|---|---|---|
| 25OCT17 | | | 19:00 26APR18 | | | CASH | 03MAY18 | 12:10 26APR18 | 17:44 03MAY18 |

OPTIONS: SOLD-STK:HA367581 DLR:30956 ENG:3L V6 CYL TRN:A

| | | | LINE OPCODE TECH TYPE HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|

A CUST STATES NAV INOP MOST OF THE TIME
CAUSE:

40 DEFAULT                                      (N/C)
        2909        WR
PARTS:      0.00  LABOR:       0.00  OTHER:       0.00   TOTAL LINE A:    0.00
7561 ROAD TEST VERIFY NAVIGATION SHOWS ERRONEOUS GUIDE PATHFINDER
SHOWS NO DTCS PERFORM MAP UPDATE RELOAD UPDATE NEW VERSION SEE PRINT
OUTS RETEST AFTER REPAIRS CONCERN CORRECTED
*****************************************************
B CUST STATES REAR CAMERA MOST OF THE TIME GOES BLANK
CAUSE:

40 MAINTENANCE SERVICE - 40                     (N/C)
        2909        WR
PARTS:      0.00  LABOR:       0.00  OTHER:       0.00   TOTAL LINE B:    0.00
7561 PERFORM PATHFINDER TEST FOUND NO DTCS PERFORM SOFTWARE UPDATE
INFOTAINMENT ICM RETEST AFTER REPAIRS CONCERN CORRECTED SEE PRINT OUTS
C CUST STATES WHEN PLAYING MUSIC WITH WIRE TO THE PHONE THERE IS A LOUD
        SCREACHING NOISE COMES ON
CAUSE:

40 MAINTENANCE SERVICE - 40                     (N/C)
        2909        WR
PARTS:      0.00  LABOR:       0.00  OTHER:       0.00   TOTAL LINE C:    0.00
7561 TEST WITH USB NO NOISE WAS HEARD POSSIBLE WIRE TO PHONE
CONNECTION NFF
*****************************************************
D **Thank you for joining us in the fight against cancer. We've
        partnered with the BCRF to raise funds for the world's most
        promising research to eradicate breast cancer. 100% of your
        donation goes to BCRF. Please visit DrivePink.com for more
        info.**

10 PINK
        2666        CR                                  0.00        0.00
PARTS:      0.00  LABOR:       0.00  OTHER:       0.00   TOTAL LINE D:    0.00

We are a proud retailer of
*OE* equipment (OE) parts,
*sourced* from the vehicle
*manufacturer* and backed by
*a* limited warranty.

*We* also offer high quality
*non-*OE parts that are suitable
*for* your vehicle and fit all
*budgets* and needs. If you
*have* chosen a non-OE part, it
*will* be identified on your
*invoice* as "AP*." These
*non-*OE (AP*) parts are not
*sourced* from the vehicle's
*manufacturer* or covered by its
*warranty.* Non-OE parts come
*with* a limited warranty backed
*by* AutoNation and/or the parts
*manufacturer.*

*Dealer* is not authorized to perform recall
*repairs* for non-Dealer brand vehicles and
*Dealer's* Vehicles Safety and Condition
*inspection* and/or service does not include a
*review* of possible pending recalls or service
*campaigns* issued by manufacturers of other
*makes* and models.

**Customer Copy**

| LABOR AMOUNT | |
|---|---|
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Notice to Consumer: Please read important information on back.

*Page 1 of 2*

Copyright 2014 CDK Global, LLC  EMP SERVICE INVOICE - XSIEC - 9638064 - IMAGING

**\*INVOICE\***

Invoice #: **379642**

Tag #: **T4244**

 

**Land Rover Encino**

15800 Ventura Blvd., Encino, CA 91436 · 818-990-9870

**HRAIR H AINTABLIAN**
5415 PARKMOR RD
CALABASAS, CA 91302
**Home:** 818-880-6453   **Bus:** 818-439-6969   Customer #:**6770949**
**Cell:** 818-355-7550   **Email:** mikeaintab@hotmail.com | home   Service Advisor: **4862 EDMOND YADEGAR**   R# ARD213703   EPA # CAD 981674872

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
| INDUS SILV | 17 | LAND ROVER RANGE ROV | SALGR2FK5HA367581 | | 7561 | 7561 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|---|---|---|---|---|---|---|---|---|---|
| 25OCT17 | | | 19:00 26APR18 | | | CASH | 03MAY18 | 12:10 26APR18 | 17:44 03MAY18 |

OPTIONS: SOLD-STK:HA367581 DLR:30956 ENG:3L V6 CYL TRN:A

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|

CUSTOMER REQUESTED A LOAN
CREATED 2018-04-20 02 :12:00PM
TAKEN BY EDMOND YADEGAR

Dealer is not authorized to perform recall
repairs for non-Dealer brand vehicles and
Dealer's Vehicle Safety and Condition
Inspection and/or service does not include
a review of possible pending recalls or
service campaigns issued by manufacturers
of other makes and models.

*We are a proud retailer of ... al Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.*

*We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP\*." These non-OE (AP\*) parts are not sourced from the vehicle's ... facturer or covered by its ... nty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.*

*Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.*

**Customer Copy**

TERMS: CASH OR
VISA · MASERCARD
DISCOVER
NOTE: BY LAW, YOU MAY
CHOOSE ANOTHER FACILITY TO
PERFORM ANY NEEDED REPAIRS
OR ADJUSTMENTS WHICH THE
SMOG CHECK TEST INDICATES
ARE NECESSARY.

*HAZARDOUS WASTE DISPOSAL:
As a result of Federal and State
Mandated Management Regulating,
a small amount will be charged for
disposal of hazardous waste
generated by repair of your vehicle.
Hazardous waste items are oil, oil
filter, solvents, tires, batteries,
asbestos, gasoline, antifreeze, etc.

| | AMOUNT |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | **0.00** |

Notice to Consumer: Please read important information on back.

*Page 2 of 2*

Copyright 2014 COX Global, LLC   EMF SERVICE INVOICE · X54C · 5638064 · IMAGING

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Harry S. Kaloustian (SBN 219679)
Kaloustian Law Group APC
20700 Ventura Blvd., Ste. 231 Woodland Hills CA 91364
TELEPHONE NO: (818) 594-0739    FAX NO: (818) 594-0852
ATTORNEY FOR (Name): Plaintiff Hrair Aintablian

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hills Street, Los Angeles, CA 90012
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Stanley Mosk Courthouse

CASE NAME:
Aintablian v. Jaguar Land Rover

FOR COURT USE ONLY

CONFORMED COPY
ORIGINAL FILED
Superior Court Of California
County of Los Angeles

NOV 02 2018

Sherri R. Carter, Executive Officer/Clerk
By: Cherie L. Coleman, Deputy

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | 18STCV03907  JUDGE:  DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☑ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. ☐ Large number of separately represented parties
b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. ☐ Substantial amount of documentary evidence
d. ☐ Large number of witnesses
e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☐ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☑ punitive
4. Number of causes of action (specify): Four (4)
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 11-1-2018

Harry S. Kaloustian
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use  Judicial Council of California  CM-010 [Rev. July 1, 2007] | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;  Cal. Standards of Judicial Administration, std. 3.10  www.courtinfo.ca.gov |

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) (*if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto*)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability (*not asbestos or toxic/environmental*) (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) (*not civil harassment*) (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice (*not medical or legal*)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract (*not unlawful detainer or wrongful eviction*)
  Contract/Warranty Breach–Seller Plaintiff (*not fraud or negligence*)
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage (*not provisionally complex*) (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property (*not eminent domain, landlord/tenant, or foreclosure*)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential*)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims (*arising from provisionally complex case type listed above*) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment (*non-domestic relations*)
  Sister State Judgment
  Administrative Agency Award (*not unpaid taxes*)
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified above*) (42)
  Declaratory Relief Only
  Injunctive Relief Only (*non-harassment*)
  Mechanics Lien
  Other Commercial Complaint Case (*non-tort/non-complex*)
  Other Civil Complaint (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition (*not specified above*) (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Aintablian v. Jaguar Land Rover | **18STCV03907** |

## CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.**

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

| Applicable Reasons for Choosing Court Filing Location (Column C) |
|---|

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.

7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection, or personal injury).

| | A<br>Civil Case Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1, 4, 11 |
| **Other Personal Injury/ Property Damage/Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage<br>☐ A7221  Asbestos - Personal Injury/Wrongful Death | 1, 11<br>1, 11 |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1, 4, 11 |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons<br>☐ A7240  Other Professional Health Care Malpractice | 1, 4, 11<br>1, 4, 11 |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall)<br>☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.)<br>☐ A7270  Intentional Infliction of Emotional Distress<br>☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11<br>1, 4, 11<br>1, 4, 11<br>1, 4, 11 |

| SHORT TITLE: Aintablian v. Jaguar Land Rover | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1, 2, 3 |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ A6109  Labor Commissioner Appeals | 10 |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☑ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1, 2, 5 |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 5, 6, 11 |
| | | ☐ A6012  Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ A6034  Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11 |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1, 2, 5, 8 |
| | Other Contract (37) | ☐ A6009  Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ A6031  Tortious Interference | 1, 2, 3, 5 |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation          Number of parcels_____ | 2, 6 |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2, 6 |
| | | ☐ A6032  Quiet Title | 2, 6 |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2, 6, 11 |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2, 6, 11 |

LACIV 109 (Rev 2/16)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 2 of 4

| SHORT TITLE: Aintablian v. Jaguar Land Rover | CASE NUMBER |
|---|---|

| | **A** Civil Case Cover Sheet Category No. | **B** Type of Action (Check only one) | **C** Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2, 3, 6 |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2, 8 |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2 |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2 |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2, 8 |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1, 2, 8 |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment | 2, 5, 11 |
| | | ☐ A6160  Abstract of Judgment | 2, 6 |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2, 9 |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2, 8 |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1, 2, 8 |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1, 2, 8 |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2, 8 |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment | 2, 3, 9 |
| | | ☐ A6123  Workplace Harassment | 2, 3, 9 |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2, 3, 9 |
| | | ☐ A6190  Election Contest | 2 |
| | | ☐ A6110  Petition for Change of Name/Change of Gender | 2, 7 |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2, 3, 8 |
| | | ☐ A6100  Other Civil Petition | 2, 9 |

LACIV 109 (Rev 2/16)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 3 of 4

| SHORT TITLE:<br>Aintablian v. Jaguar Land Rover | CASE NUMBER |
|---|---|

**Step 4:** **Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address which is the basis for the filing location, including zip code. (No address required for class action cases).

| REASON:<br><br>☐ 1. ☑ 2. ☐ 3. ☐ 4. ☐ 5. ☐ 6. ☐ 7.  ☐ 8. ☐  9. ☐ 10. ☐ 11. | | | ADDRESS:<br>15800 Ventura Blvd. |
|---|---|---|---|
| CITY:<br>Encino | STATE:<br>CA | ZIP CODE:<br>91436 | |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the Central _____ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: _11- 1- 2018_

(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 02/16).

5. Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

## VOLUNTARY EFFICIENT LITIGATION STIPULATIONS



**Superior Court of California
County of Los Angeles**



**Los Angeles County
Bar Association
Litigation Section**

**Los Angeles County
Bar Association Labor and
Employment Law Section**



**Consumer Attorneys
Association of Los Angeles**



**Southern California
Defense Counsel**



**Association of
Business Trial Lawyers**



**California Employment
Lawyers Association**

The Early Organizational Meeting Stipulation, Discovery Resolution Stipulation, and Motions in Limine Stipulation are voluntary stipulations entered into by the parties. The parties may enter into one, two, or all three of the stipulations; however, they may not alter the stipulations as written, because the Court wants to ensure uniformity of application. These stipulations are meant to encourage cooperation between the parties and to assist in resolving issues in a manner that promotes economic case resolution and judicial efficiency.

*The following organizations endorse the goal of promoting efficiency in litigation and ask that counsel consider using these stipulations as a voluntary way to promote communications and procedures among counsel and with the court to fairly resolve issues in their cases.*

◆**Los Angeles County Bar Association Litigation Section**◆

◆ **Los Angeles County Bar Association
Labor and Employment Law Section**◆

◆**Consumer Attorneys Association of Los Angeles**◆

◆**Southern California Defense Counsel**◆

◆**Association of Business Trial Lawyers**◆

◆**California Employment Lawyers Association**◆

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:                    FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): | | |

### SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION – DISCOVERY RESOLUTION | CASE NUMBER: |
|---|---|

**This stipulation is intended to provide a fast and informal resolution of discovery issues through limited paperwork and an informal conference with the Court to aid in the resolution of the issues.**

**The parties agree that:**

1. Prior to the discovery cut-off in this action, no discovery motion shall be filed or heard unless the moving party first makes a written request for an Informal Discovery Conference pursuant to the terms of this stipulation.

2. At the Informal Discovery Conference the Court will consider the dispute presented by parties and determine whether it can be resolved informally. Nothing set forth herein will preclude a party from making a record at the conclusion of an Informal Discovery Conference, either orally or in writing.

3. Following a reasonable and good faith attempt at an informal resolution of each issue to be presented, a party may request an Informal Discovery Conference pursuant to the following procedures:

   a. The party requesting the Informal Discovery Conference will:

      i. File a Request for Informal Discovery Conference with the clerk's office on the approved form (copy attached) and deliver a courtesy, conformed copy to the assigned department;

      ii. Include a brief summary of the dispute and specify the relief requested; and

      iii. Serve the opposing party pursuant to any authorized or agreed method of service that ensures that the opposing party receives the Request for Informal Discovery Conference no later than the next court day following the filing.

   b. Any Answer to a Request for Informal Discovery Conference must:

      i. Also be filed on the approved form (copy attached);

      ii. Include a brief summary of why the requested relief should be denied;

| SHORT TITLE: | | CASE NUMBER: |
|---|---|---|
| | | |

     iii.   Be filed within two (2) court days of receipt of the Request; and

     iv.   Be served on the opposing party pursuant to any authorized or agreed upon method of service that ensures that the opposing party receives the Answer no later than the next court day following the filing.

  c.  No other pleadings, including but not limited to exhibits, declarations, or attachments, will be accepted. .

  d.  If the Court has not granted or denied the Request for Informal Discovery Conference within ten (10) days following the filing of the Request, then it shall be deemed to have been denied. If the Court acts on the Request, the parties will be notified whether the Request for Informal Discovery Conference has been granted or denied and, if granted, the date and time of the Informal Discovery Conference, which must be within twenty (20) days of the filing of the Request for Informal Discovery Conference.

  e.  If the conference is not held within twenty (20) days of the filing of the Request for Informal Discovery Conference, unless extended by agreement of the parties and the Court, then the Request for the Informal Discovery Conference shall be deemed to have been denied at that time.

4.  If (a) the Court has denied a conference or (b) one of the time deadlines above has expired without the Court having acted or (c) the Informal Discovery Conference is concluded without resolving the dispute, then a party may file a discovery motion to address unresolved issues.

5.  The parties hereby further agree that the time for making a motion to compel or other discovery motion is tolled from the date of filing of the Request for Informal Discovery Conference until (a) the request is denied or deemed denied or (b) twenty (20) days after the filing of the Request for Informal Discovery Conference, whichever is earlier, unless extended by Order of the Court.

    It is the understanding and intent of the parties that this stipulation shall, for each discovery dispute to which it applies, constitute a writing memorializing a "specific later date to which the propounding [or demanding or requesting] party and the responding party have agreed in writing," within the meaning of Code Civil Procedure sections 2030.300(c), 2031.320(c), and 2033.290(c).

6.  Nothing herein will preclude any party from applying *ex parte* for appropriate relief, including an order shortening time for a motion to be heard concerning discovery.

7.  Any party may terminate this stipulation by giving twenty-one (21) days notice of intent to terminate the stipulation.

8.  References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day.

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

**The following parties stipulate:**

Date:

_____          ➤ _____
(TYPE OR PRINT NAME)                                          (ATTORNEY FOR PLAINTIFF)

Date:

_____          ➤ _____
(TYPE OR PRINT NAME)                                          (ATTORNEY FOR DEFENDANT)

Date:

_____          ➤ _____
(TYPE OR PRINT NAME)                                          (ATTORNEY FOR DEFENDANT)

Date:

_____          ➤ _____
(TYPE OR PRINT NAME)                                          (ATTORNEY FOR DEFENDANT)

Date:

_____          ➤ (ATTORNEY FOR _____)
(TYPE OR PRINT NAME)

Date:

_____          ➤ (ATTORNEY FOR _____)
(TYPE OR PRINT NAME)

_____          ➤ (ATTORNEY FOR _____)
(TYPE OR PRINT NAME)

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

TELEPHONE NO.:
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION – EARLY ORGANIZATIONAL MEETING | CASE NUMBER: |
|---|---|

**This stipulation is intended to encourage cooperation among the parties at an early stage in the litigation and to assist the parties in efficient case resolution.**

**The parties agree that:**

1. The parties commit to conduct an initial conference (in-person or via teleconference or via videoconference) within 15 days from the date this stipulation is signed, *to discuss and consider whether there can be agreement on the following:*

   a. Are motions to challenge the pleadings necessary? If the issue can be resolved by amendment as of right, or if the Court would allow leave to amend, could an amended complaint resolve most or all of the issues a demurrer might otherwise raise? If so, the parties agree to work through pleading issues so that a demurrer need only raise issues they cannot resolve. Is the issue that the defendant seeks to raise amenable to resolution on demurrer, or would some other type of motion be preferable? Could a voluntary targeted exchange of documents or information by any party cure an uncertainty in the pleadings?

   b. Initial mutual exchanges of documents at the "core" of the litigation. (For example, in an employment case, the employment records, personnel file and documents relating to the conduct in question could be considered "core." In a personal injury case, an incident or police report, medical records, and repair or maintenance records could be considered "core.");

   c. Exchange of names and contact information of witnesses;

   d. Any insurance agreement that may be available to satisfy part or all of a judgment, or to indemnify or reimburse for payments made to satisfy a judgment;

   e. Exchange of any other information that might be helpful to facilitate understanding, handling, or resolution of the case in a manner that preserves objections or privileges by agreement;

   f. Controlling issues of law that, if resolved early, will promote efficiency and economy in other phases of the case. Also, when and how such issues can be presented to the Court;

   g. Whether or when the case should be scheduled with a settlement officer, what discovery or court ruling on legal issues is reasonably required to make settlement discussions meaningful, and whether the parties wish to use a sitting judge or a private mediator or other options as

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

discussed in the "Alternative Dispute Resolution (ADR) Information Package" served with the complaint;

h. Computation of damages, including documents, not privileged or protected from disclosure, on which such computation is based;

i. Whether the case is suitable for the Expedited Jury Trial procedures (see information at **www.lacourt.org** under "*Civil*" and then under "*General Information*").

2. The time for a defending party to respond to a complaint or cross-complaint will be extended to _____ for the complaint, and _____ for the cross-
     (INSERT DATE)                                                             (INSERT DATE)
complaint, which is comprised of the 30 days to respond under Government Code § 68616(b), and the 30 days permitted by Code of Civil Procedure section 1054(a), good cause having been found by the Civil Supervising Judge due to the case management benefits provided by this Stipulation. A copy of the General Order can be found at *www.lacourt.org* under "*Civil*", click on "*General Information*", then click on "*Voluntary Efficient Litigation Stipulations*".

3. The parties will prepare a joint report titled "Joint Status Report Pursuant to Initial Conference and Early Organizational Meeting Stipulation, and if desired, a proposed order summarizing results of their meet and confer and advising the Court of any way it may assist the parties' efficient conduct or resolution of the case. The parties shall attach the Joint Status Report to the Case Management Conference statement, and file the documents when the CMC statement is due.

4. References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day

The following parties stipulate:

Date:

_____                ➤ _____
     (TYPE OR PRINT NAME)                                         (ATTORNEY FOR PLAINTIFF)
Date:

_____                ➤ _____
     (TYPE OR PRINT NAME)                                         (ATTORNEY FOR DEFENDANT)
Date:

_____                ➤ _____
     (TYPE OR PRINT NAME)                                         (ATTORNEY FOR DEFENDANT)
Date:

_____                ➤ _____
     (TYPE OR PRINT NAME)                                         (ATTORNEY FOR DEFENDANT)
Date:

_____                ➤ _____
     (TYPE OR PRINT NAME)                                         (ATTORNEY FOR _____ )
Date:

_____                ➤ _____
     (TYPE OR PRINT NAME)                                         (ATTORNEY FOR _____ )
Date:

_____                ➤ _____
     (TYPE OR PRINT NAME)                                         (ATTORNEY FOR _____ )

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.: | FAX NO. (Optional): | |

E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

### SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| INFORMAL DISCOVERY CONFERENCE (pursuant to the Discovery Resolution Stipulation of the parties) | CASE NUMBER: |
|---|---|

1. **This document relates to:**

   ☐    Request for Informal Discovery Conference
   ☐    Answer to Request for Informal Discovery Conference

2. **Deadline for Court to decide on Request:** _____ (insert date 10 calendar days following filing of the Request).

3. **Deadline for Court to hold Informal Discovery Conference:** _____ (insert date 20 calendar days following filing of the Request).

4. **For a Request for Informal Discovery Conference, <u>briefly</u> describe the nature of the discovery dispute, including the facts and legal arguments at issue. For an Answer to Request for Informal Discovery Conference, <u>briefly</u> describe why the Court should deny the requested discovery, including the facts and legal arguments at issue.**

<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>

**INFORMAL DISCOVERY CONFERENCE**
(pursuant to the Discovery Resolution Stipulation of the parties)

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| | | |

TELEPHONE NO.:  FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| **STIPULATION AND ORDER – MOTIONS IN LIMINE** | CASE NUMBER: |
|---|---|

**This stipulation is intended to provide fast and informal resolution of evidentiary issues through diligent efforts to define and discuss such issues and limit paperwork.**

**The parties agree that:**

1. At least _____ days before the final status conference, each party will provide all other parties with a list containing a one paragraph explanation of each proposed motion in limine. Each one paragraph explanation must identify the substance of a single proposed motion in limine and the grounds for the proposed motion.

2. The parties thereafter will meet and confer, either in person or via teleconference or videoconference, concerning all proposed motions in limine. In that meet and confer, the parties will determine:

   a. Whether the parties can stipulate to any of the proposed motions. If the parties so stipulate, they may file a stipulation and proposed order with the Court.

   b. Whether any of the proposed motions can be briefed and submitted by means of a short joint statement of issues. For each motion which can be addressed by a short joint statement of issues, a short joint statement of issues must be filed with the Court 10 days prior to the final status conference. Each side's portion of the short joint statement of issues may not exceed three pages. The parties will meet and confer to agree on a date and manner for exchanging the parties' respective portions of the short joint statement of issues and the process for filing the short joint statement of issues.

3. All proposed motions in limine that are not either the subject of a stipulation or briefed via a short joint statement of issues will be briefed and filed in accordance with the California Rules of Court and the Los Angeles Superior Court Rules.

LACIV 075 (new)
LASC Approved 04/11          **STIPULATION AND ORDER – MOTIONS IN LIMINE**                     Page 1 of 2
For Optional Use

| SHORT TITLE: | | CASE NUMBER: |
|---|---|---|
| | | |

## The following parties stipulate:

Date:

_____
(TYPE OR PRINT NAME)

➢ _____
(ATTORNEY FOR PLAINTIFF)

Date:

_____
(TYPE OR PRINT NAME)

➢ _____
(ATTORNEY FOR DEFENDANT)

Date:

_____
(TYPE OR PRINT NAME)

➢ _____
(ATTORNEY FOR DEFENDANT)

Date:

_____
(TYPE OR PRINT NAME)

➢ _____
(ATTORNEY FOR DEFENDANT)

Date:

_____
(TYPE OR PRINT NAME)

➢ _____
(ATTORNEY FOR _____ )

Date:

_____
(TYPE OR PRINT NAME)

➢ _____
(ATTORNEY FOR _____ )

Date:

_____
(TYPE OR PRINT NAME)

➢ _____
(ATTORNEY FOR _____ )

## THE COURT SO ORDERS.

Date:  _____

_____
JUDICIAL OFFICER

# Superior Court of California
# County of Los Angeles



# ALTERNATIVE DISPUTE RESOLUTION (ADR)
# INFORMATION PACKET

The person who files a civil lawsuit (plaintiff) must include the ADR information Packet with the complaint when serving the defendant. Cross-complainants must serve the ADR Information Packet on any new parties named to the action together with the cross-complaint.

There are a number of ways to resolve civil disputes without having to sue someone. These alternatives to a lawsuit are known as alternative dispute resolution (ADR).

In ADR, trained, impartial persons decide disputes or help parties decide disputes themselves. These persons are called neutrals. For example, in mediations, the neutral is the mediator. Neutrals normally are chosen by the disputing parties or by the court. Neutrals can help resolve disputes without having to go to court.

LAADR 005 (Rev. 03/17)
LASC Adopted 10-03
Cal. Rules of Court, rule 3.221

**Advantages of ADR**
- Often faster than going to trial
- Often less expensive, saving the litigants court costs, attorney's fees and expert fees.
- May permit more participation, allowing parties to have more control over the outcome.
- Allows for flexibility in choice of ADR processes and resolution of the dispute.
- Fosters cooperation by allowing parties to work together with the neutral to resolve the dispute and mutually agree to remedy.
- There are fewer, if any, court appearances. Because ADR can be faster and save money, it can reduce stress.

**Disadvantages of ADR** - ADR may not be suitable for every dispute.
- If ADR is binding, the parties normally give up most court protections, including a decision by a judge or jury under formal rules of evidence and procedure, and review for legal error by an appellate court.
- ADR may not be effective if it takes place before the parties have sufficient information to resolve the dispute.
- The neutral may charge a fee for his or her services.
- If the dispute is not resolved through ADR, the parties may then have to face the usual and traditional costs of trial, such as attorney's fees and expert fees.

**The Most Common Types of ADR**

- **Mediation**

  In mediation, a neutral (the mediator) assists the parties in reaching a mutually acceptable resolution of their dispute. Unlike lawsuits or some other types of ADR, the parties, rather than the mediator, decide how the dispute is to be resolved.

  - **Mediation is particularly effective** when the parties have a continuing relationship, like neighbors or business people. Mediation is also very effective where personal feelings are getting in the way of a resolution. This is because mediation normally gives the parties a chance to express their feelings and find out how the other sees things.

  - **Mediation may not be effective** when one party is unwilling to cooperate or compromise or when one of the parties has a significant advantage in power over the other. Therefore, it may not be a good choice if the parties have a history of abuse or victimization.

LAADR 005 (Rev. 03/17)
LASC Adopted 10-03
Cal. Rules of Court, rule 3.221

- **Arbitration**

  In arbitration, a neutral person called an "arbitrator" hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is typically less formal than a trial, and the rules of evidence may be relaxed. Arbitration may be either "binding" or "non-binding." Binding arbitration means the parties waive their right to a trial and agree to accept the arbitrator's decision as final. Non-binding arbitration means that the parties are free to request a trial if they reject the arbitrator's decision.

  Arbitration is best for cases where the parties want another person to decide the outcome of their dispute for them but would like to avoid the formality, time, and expense of a trial. It may also be appropriate for complex matters where the parties want a decision-maker who has training or experience in the subject matter of the dispute.

- **Mandatory Settlement Conference (MSC)**

  **Settlement Conferences are appropriate in any case where settlement is an option.** Mandatory Settlement Conferences are ordered by the Court and are often held near the date a case is set for trial. The parties and their attorneys meet with a judge who devotes his or her time exclusively to preside over the MSC. The judge does not make a decision in the case but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement.

  The Los Angeles Superior Court Mandatory Settlement Conference (MSC) program is free of charge and staffed by experienced sitting civil judges who devote their time exclusively to presiding over MSCs. The judges participating in the judicial MSC program and their locations are identified in the List of Settlement Officers found on the Los Angeles Superior Court website at http://www.lacourt.org/. This program is available in general jurisdiction cases with represented parties from independent calendar (IC) and Central Civil West (CCW) courtrooms. In addition, on an ad hoc basis, personal injury cases may be referred to the program on the eve of trial by the personal injury master calendar courts in the Stanley Mosk Courthouse or the asbestos calendar court in CCW.

  In order to access the Los Angeles Superior Court MSC Program the judge in the IC courtroom, the CCW Courtroom or the personal injury master calendar courtroom must refer the parties to the program.  Further, all parties must complete the information requested in the Settlement Conference Intake Form and email the completed form to mscdept18@lacourt.org.

LAADR 005 (Rev. 03/17)
LASC Adopted 10-03
Cal. Rules of Court, rule 3.221

## Additional Information

To locate a dispute resolution program or neutral in your community:

- Contact the California Department of Consumer Affairs (www.dca.ca.gov) Consumer Information Center toll free at 800-952-5210, or;
- Contact the local bar association (http://www.lacba.org/) or;
- Look in a telephone directory or search online for "mediators; or "arbitrators."

There may be a charge for services provided by private arbitrators and mediators.

A list of approved State Bar Approved Mandatory Fee Arbitration programs is available at http://calbar.ca.gov/Attorneys/MemberServices/FeeArbitration/ApprovedPrograms.aspx#19

To request information about, or assistance with, dispute resolution, call the number listed below. Or you may call a Contract Provider agency directly. A list of current Contract Provider agencies in Los Angeles County is available at the link below.

http://css.lacounty.gov/programs/dispute-resolution-program-drp/

County of Los Angeles Dispute Resolution Program
3175 West 6th Street, Room 406
Los Angeles, CA 90020-1798
TEL: (213) 738-2621
FAX: (213) 386-3995

LAADR 005 (Rev. 03/17)
LASC Adopted 10-03
Cal. Rules of Court, rule 3.221

| SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>**11/02/2018**<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____ C. Coleman _____ Deputy |
| NOTICE OF CASE ASSIGNMENT<br><br>UNLIMITED CIVIL CASE | |
| Your case is assigned for all purposes to the judicial officer indicated below. | CASE NUMBER:<br>18STCV03907 |

## THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ✔ | Monica Bachner | 71 | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record

on **11/06/2018**
　　　(Date)

LACIV 190 (Rev 6/18)
LASC Approved 05/06

Sherri R. Carter, Executive Officer / Clerk of Court

By C. Coleman , Deputy Clerk

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within 15 days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.